UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ALLA IOSIFOVNA SHUPER, | ) |
| Plaintiff, | ) |
| v. | ) Docket no. 2:14-cv-00477-GZS |
| BANK OF AMERICA, et al., | ) |
| Defendant. | ) |

**ORDER ON PENDING MOTIONS**

Before the Court are Plaintiff Alla Iosifovna Shuper's Applications to Proceed *In Forma Pauperis* (ECF Nos. 5, 12 & 17). The Court hereby GRANTS Plaintiff leave to proceed *in forma pauperis* in this action.

Also before the Court is Plaintiff Shuper's Motion to Dismiss this case (ECF No. 16). Through the Motion, Plaintiff Shuper requests that the Court dismiss this case because she is mentally unstable and considered the unprofessionalism and rudeness by the Defendants to be discrimination. Plaintiff states that currently she does not think that she had to file the case. The Motion to Dismiss (ECF No. 16) is GRANTED as to all Defendants. All motions that remain pending (ECF Nos. 4, 6, 7, 9 & 11) are deemed MOOT. To the extent that Plaintiff Shuper has filed an interlocutory appeal (ECF No. 10), the Court certifies that given the dismissal of the case, the interlocutory appeal or any appeal from this Order is not taken in good faith pursuant to 28 U.S.C. § 1915(a)(3). The Clerk is directed to DISMISS this action and mail a copy of this Order to Plaintiff Shuper.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 2nd day of December, 2014.